**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JAMMIE G. THOMAS                                                                                    PLAINTIFF

V.                                           NO: 3:11CV00019 BRW

PAUL RAINEY                                                                                          DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 18th day of February, 2011.

                                                                    /s/Billy Roy Wilson
                                                                    UNITED STATES DISTRICT JUDGE